**Order entered September 2, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00396-CR

### EX PARTE JOHN MORGAN STAFFORD

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00466-2022**

### ORDER

Before the Court is the State's August 30, 2022 first motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the State to file its brief by October 10, 2022.

/s/    LESLIE OSBORNE
          JUSTICE